# IN THE DISTRICT COURT OF THE UNITED STATES

## for the Western District of New York

---

**THE UNITED STATES OF AMERICA**

*-vs-*

**JOHN C. TUFINO**

**January 2020 GRAND JURY**
**(Impaneled 01/03/2020)**

**INDICTMENT**

**Violation:**
Title 18, United States Code, Section 922(g)(1)
(1 Count and Forfeiture Allegation)

### COUNT 1

**(Felon in Possession of a Firearm and Ammunition)**

**The Grand Jury Charges That:**

On or about December 18, 2018, in the Western District of New York, the defendant, **JOHN C. TUFINO**, knowing he had previously been convicted on or about January 7, 2016, in County Court, Chautauqua County, New York, of crimes punishable by imprisonment for a term exceeding one year, unlawfully did knowingly possess, in and affecting commerce, a firearm, that is, a Colt, Model Trooper MK III, .357 Magnum revolver, bearing serial number 97318L, and ammunition, that is, four .357 MAG caliber rounds labeled "WINCHESTER 357 MAG" and one .357 MAG caliber round labeled "GFL 357 MAG."

**All in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).**

## FORFEITURE ALLEGATION

### The Grand Jury Alleges That:

Upon his conviction of the offense alleged in this Indictment, the defendant, **JOHN C. TUFINO**, shall forfeit his right, title, and interest to the United States of any firearm and ammunition involved or used in the commission of the offense, or found in the possession or under his immediate control at the time of arrest, including, but not limited to:

a. a Colt, model Trooper MK III, .357 Magnum revolver, bearing serial number 97318L; and

b. five rounds of .357 caliber ammunition.

**All pursuant to Title 18, United States Code, Sections 924(d) and 3665, and Title 28, United States Code, Section 2461(c).**

DATED: Buffalo, New York, June 9, 2020

        JAMES P. KENNEDY, JR.
        United States Attorney

BY:    S/JOSHUA A. VIOLANTI
        Assistant United States Attorney
        United States Attorney's Office
        Western District of New York
        138 Delaware Avenue
        Buffalo, New York 14202
        716/843-5864
        Joshua.violanti@usdoj.gov

A TRUE BILL:

S/FOREPERSON